UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                              **DECISION AND ORDER**
    v.                                               25-CR-250-A

DAVID E. BROWN, III,

                Defendant.

---

       This case was referred (Dkt. No. 10) to Magistrate Judge H. Kenneth Schroeder, Jr. to take Defendant David E. Brown, III's plea of guilty, conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and make a recommendation to this Court whether a plea of guilty should be accepted. On February 5, 2026, Defendant appeared before Magistrate Judge Schroeder and waived his right to indictment (Dkt. No. 11) and entered a plea of guilty to a one-count information (Dkt. No. 12) charging him with possession with intent to distribute 500 grams or more of a mixture and substance containing cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), pursuant to a written plea agreement (Dkt. No. 13).

       Magistrate Judge Schroeder issued a Report and Recommendation ("R&R") (Dkt. No. 19) confirming his oral findings that Defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. No timely objections to the R&R have been filed. It is hereby

       **ORDERED** that, upon review of the waiver of indictment, the information, the plea agreement, the plea transcript (Dkt. No. 21), and the R&R, the Court finds that all the requirements of Rule 11 were carefully followed. Defendant's waiver of his right to

indictment together with his plea of guilty were knowing and voluntary, and his plea of guilty was supported by a factual basis. The Magistrate Judge informed Defendant, who was placed under oath and addressed personally in open court, of Defendant's rights and the trial rights he was waiving should the Court accept his plea of guilty, the nature of the charge to which he was pleading guilty, and any maximum possible penalty, among the other requirements listed in Rule 11. The Magistrate Judge determined that Defendant understood the foregoing. Accordingly, Defendant's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the R&R.

**Sentencing is scheduled for July 9, 2026, at 12:00 p.m.** The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

      **IT IS SO ORDERED.**

    ___*s/Richard J. Arcara*_____
    HONORABLE RICHARD J. ARCARA
    UNITED STATES DISTRICT COURT

Dated:  March 2, 2026
       Buffalo, New York